IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>IRMA CRISPIN-GOMEZ,<br><br>                Defendant. | 4:13CR3003<br><br>**MEMORANDUM AND ORDER** |

      Defense counsel has moved to continue the trial currently set for a month from now, February 10, 2014. (Filing No. 32). The defendant's trial was originally set to be held in April of 2013, and has been moved four times at the request of defense counsel. See, Filing Nos. 16, 20, 24, and 28. The current motion fails to state whether the defendant is aware of this motion to continue, much less whether defendant approves of the request. Finally, it is unclear whether defense counsel has an actual scheduling conflict, and at some point, this defendant's trial must become a priority.

      Accordingly,

      IT IS ORDERED that the defense counsel's motion to continue the trial, (Filing No. 32), is denied.

      January 13, 2014.

                                                         BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge