IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>IRMA CRISPIN-GOMEZ,<br><br>               Defendant. | 4:13CR3003<br><br>**ORDER** |

Defendant's response to the government's motion to continue, (Filing No. 38), shall be filed on or before noon on March 26, 2014, in the absence of which the motion will be deemed unopposed.

March 18, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge