IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

IRMA CRISPIN-GOMEZ,

        Defendant.

4:13CR3003

**AMENDED ORDER**

IT IS ORDERED:

1)    The court's prior order, (Filing No. 39), is stricken.

2)    Defendant's response to the government's motion to continue, (Filing No. 38), shall be filed on or before noon on **March 19, 2014**, in the absence of which the motion will be deemed unopposed.

March 18, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge